# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re: SUBPOENA TO AMAZON.COM, INC., <br><br> Underlying case: *Solu-med, Inc. v. Youngblood Skin Care Products, LLC* (S.D. Fla, Case No. 19-cv-60487). | Case No. MC 20-0008RSL <br><br> ORDER QUASHING SUBPOENA |

This matter comes before the Court on a motion to quash a third-party subpoena issued to Amazon.com, Inc. by the defendant in the underlying action. The motion is unopposed and therefore GRANTED. The Court hereby QUASHES the subpoena to testify at a deposition that was served on Amazon.com, Inc., on January 14, 2020.

Dated this 18th day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER QUASHING SUBPOENA - 1